FORT LEE SAVINGS & LOAN ASSOCIATION, A NEW JERSEY CORPORATION, PLAINTIFF, v. JOSEPH R. LI BUTTI, a/k/a JOSEPH R. LI BUTTI, JR. AND JOANNE LI BUTTI, a/k/a JOAN LI BUTTI, HIS WIFE, JOSEPH LI BUTTI AND EDITH LI BUTTI, HIS WIFE, JOSEPH DE SIERVO AND VIOLA DE SIERVO, HIS WIFE, PEOPLES TRUST CO. OF BERGEN COUNTY, A CORPORATION OF NEW JERSEY, HORIZON HOUSE MANAGEMENT CORP., A NEW JERSEY CORPORATION, AND ALLEN CARPET SHOPS, INCORPORATED, A NEW JERSEY CORPORATION, DEFENDANTS-RESPONDENTS, AND MITCHELL HUTCHINS & CO., INC., A DELAWARE CORPORATION, DEFENDANT-APPELLANT.

Argued November 3, 1969—Decided April 20, 1970.

*Mr. Richard S. Miller* argued the cause for appellant (*Messrs. Williams, Gardner, Caliri, Miller* and *Otley,* attorneys).

No appearance for respondents.

PER CURIAM.      The judgment of the Appellate Division is reversed for the reasons given in the dissenting opinion of Judge Carton. *Fort Lee Savings and Loan Ass'n v. Li Butti,* 106 *N. J. Super.* 211, 214 (App. Div. 1969).

*For reversal*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For affirmance*—None.